UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF NYOTA KOYA, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO, et al.,<br><br>        Defendants. | Case No.<br><br>**DECLARATION OF NATHIFA WRIGHT RE: CAL. CODE CIV. PROC. § 377.32** |

I, Nathifa Wright, do declare and say:

1. I submit the following declaration concerning my status as the successor-in-interest to Nyota Koya, pursuant to section 377.32 of the California Code of Civil Procedure.

2. Nyota Koya was born on ▮▮▮▮ 1958, at San Francisco, California.

3. No proceeding is now pending in California for administration of the estate of Nyota Koya.

4. I am the successor-in-interest to Nyota Koya (as defined in section 377.11 of the California Code of Civil Procedure) and succeed to her interest in this action or proceeding. I am the biological child of Nyota Koya.

5. No other person has a superior right to commence this action or proceeding, or to be substituted for Nyota Koya in this pending action or proceeding.

6. A true and correct copy of the death certificate of Nyota Koya is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April __4__, 2025, at Roseville, California.

_____
Nathifa Wright

---

**DECLARATION OF NATHIFA WRIGHT RE: CAL. CODE CIV. PROC. § 377.32**
*Estate of Koya v. City of Sacramento*, United States District Court, Eastern District of California, Case No. _____

# STATE OF CALIFORNIA
## CERTIFIED COPY OF VITAL RECORD

# COUNTY OF SACRAMENTO
### DEPARTMENT OF HEALTH SERVICES

**STATE FILE NUMBER:** 3052024258301
**LOCAL REGISTRATION NUMBER:** 3202434012297

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV. 7/24)

### DECEDENT'S PERSONAL DATA

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | NYOTA |
| 2. MIDDLE | - |
| 3. LAST (Family) | KOYA |
| AKA – ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST) | LYNN MC CONNER |
| 4. DATE OF BIRTH mm/dd/ccyy | 1958 |
| 5. AGE Yrs. | 66 |
| 6. SEX | F |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 10. SOCIAL SECURITY NUMBER | [redacted] |
| 11. EVER IN U.S. ARMED FORCES? | NO (X) |
| 12. MARITAL STATUS/SRDP | NEVER MARRIED |
| 7. DATE OF DEATH mm/dd/ccyy | 11/24/2024 |
| 8. HOUR (24 Hours) | 0008 |
| 13. EDUCATION – Highest Level/Degree | SOME COLLEGE |
| 14/15. WAS DECEDENT HISPANIC/LATINO/A/SPANISH? | NO (X) |
| 16. DECEDENT'S RACE | AFRICAN AMERICAN |
| 17. USUAL OCCUPATION | OWNER - COSMETOLOGIST |
| 18. KIND OF BUSINESS OR INDUSTRY | HAIR CARE AND COSMETOLOGY |
| 19. YEARS IN OCCUPATION | 46 |

### USUAL RESIDENCE

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE | 339 GROVE STREET |
| 21. CITY | ROSEVILLE |
| 22. COUNTY/PROVINCE | PLACER |
| 23. ZIP CODE | 95678 |
| 24. YEARS IN COUNTY | 2 |
| 25. STATE/FOREIGN COUNTRY | CA |

### INFORMANT

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | NATHIFA WRIGHT, DAUGHTER |
| 27. INFORMANT'S MAILING ADDRESS | [redacted] |

### SPOUSE/SRDP AND PARENT INFORMATION

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP - FIRST | - |
| 29. MIDDLE | - |
| 30. LAST (BIRTH NAME) | - |
| 31. NAME OF PARENT - FIRST | UNKNOWN |
| 32. MIDDLE | UNKNOWN |
| 33. LAST (BIRTH NAME) | UNKNOWN |
| 34. BIRTH STATE | UNK |
| 35. NAME OF PARENT - FIRST | IRENE |
| 36. MIDDLE | HARRIET |
| 37. LAST (BIRTH NAME) | KOUNTZ |
| 38. BIRTH STATE | AR |

### FUNERAL DIRECTOR / LOCAL REGISTRAR

| Field | Value |
|---|---|
| 39. DISPOSITION DATE mm/dd/ccyy | 12/06/2024 |
| 40. PLACE OF FINAL DISPOSITION | RESIDENCE- NATHIFA WRIGHT [redacted] |
| 41. TYPE OF DISPOSITION(S) | CREMATE/RESIDENCE |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 43. LICENSE NUMBER | |
| 44. NAME OF FUNERAL ESTABLISHMENT | THOMPSON OAK PARK MORTUARY AND CREMATION SERVICE |
| 45. LICENSE NUMBER | FD860 |
| 46. SIGNATURE OF LOCAL REGISTRAR | OLIVIA KASIRYE MD |
| 47. DATE mm/dd/ccyy | 12/05/2024 |

### PLACE OF DEATH

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | MERCY SAN JUAN MEDICAL CENTER |
| 102. IF HOSPITAL, SPECIFY ONE | IP (X) |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | |
| 104. COUNTY | SACRAMENTO |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 6501 COYLE AVENUE |
| 106. CITY | CARMICHAEL |

### CAUSE OF DEATH

| Line | Cause | Time Interval | |
|---|---|---|---|
| 107. IMMEDIATE CAUSE (A) | COMPLICATIONS OF PULMONARY THROMBOEMBOLISM | DYS | 108. DEATH REPORTED TO CORONER? YES (X) |
| (B) | DEEP VEIN THROMBOSIS OF BILATERAL POSTERIOR TIBIAL AND POPLITEAL VEINS | UNK | CORONER'S FILE NUMBER 24-05363 |
| (C) | | | 109. BIOPSY PERFORMED? NO (X) |
| (D) | | | 110. AUTOPSY PERFORMED? YES (X) |
| | | | 111. USED IN DETERMINING CAUSE? YES (X) |

| Field | Value |
|---|---|
| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH | NONE |
| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? | NO |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | NO (X) |

### PHYSICIAN'S CERTIFICATION

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE FROM THE CAUSES STATED.

### CORONER'S USE ONLY

| Field | Value |
|---|---|
| 119. MANNER OF DEATH | Pending Investigation (X) |
| 120. INJURED AT WORK? | |
| 121. INJURY DATE | |
| 122. HOUR | |
| 123. PLACE OF INJURY | |
| 124. DESCRIBE HOW INJURY OCCURRED | |
| 125. LOCATION OF INJURY | |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | ZHANNA KHABATYUK |
| 127. DATE mm/dd/ccyy | 12/03/2024 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | ZHANNA KHABATYUK, DEP CORONER |

---

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file with Sacramento County Department of Health Services.

\* 0 0 2 2 6 1 8 7 4 \*

**DATE ISSUED:** December 9, 2024

Olivia Kasirye MD
OLIVIA KASIRYE, MD
LOCAL REGISTRAR

PB00Q (REV.) 09/16
This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE