Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:    (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:    mark@markmerin.com
           paul@markmerin.com

   Attorneys for Plaintiffs
   ESTATE OF NYOTA KOYA
   and NATHIFA WRIGHT

Mitchell D. Dean (SBN 128929)
Lee H. Roistacher (SBN 179619)
DEAN GAZZO ROISTACHER, LLP
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075-2027
Telephone: (858) 264-4956
Facsimile: (858) 492-0486
E-Mail: mdean@deangazzo.com
         lroistacher@deangazzo.com

   Attorneys for Defendants
   CITY OF SACRAMENTO, SACRAMENTO
   POLICE DEPARTMENT, KATHERINE
   LESTER, and MATTHEW STERLING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF NYOTA KOYA, et al., | Case No. 2:25-cv-01240-CSK |
| Plaintiffs, | **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |
| vs. | |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

**STIPULATION**

The Estate of Nyota Koya and Nathifa Wright (collectively, "Plaintiffs") and the City of

Sacramento, Sacramento Police Department, Katherine Lester, and Matthew Sterling (collectively,

"Defendants") STIPULATE to CONTINUE the parties' settlement conference to July 24, 2026.

1

WHEREAS, on March 25, 2026, the Court scheduled a settlement conference for July 22, 2026, ECF No. 19;

WHEREAS, on July 1, 2026, the Court informed the parties that it was unavailable for the settlement conference on July 22, 2026, and offered alternative dates of availability for a rescheduled settlement conference;

WHEREFORE, the parties' counsel have met-and-conferred and determined mutual availability for a rescheduled settlement conference on July 24, 2026;

Now, THEREFORE, the parties' STIPULATE to CONTINUE the settlement conference to July 24, 2026, at 10:00 a.m.

IT IS SO STIPULATED.

Dated: July 6, 2026

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
    Mark E. Merin
    Paul H. Masuhara

    Attorneys for Plaintiffs
    ESTATE OF NYOTA KOYA
    and NATHIFA WRIGHT

Dated: July 6, 2026

Respectfully Submitted,
DEAN GAZZO ROISTACHER, LLP

*/s/ Lee H. Roistacher*
(as authorized on July 6, 2026)
By: _____
    Mitchell D. Dean
    Lee H. Roistacher

    Attorney for Defendants
    CITY OF SACRAMENTO, SACRAMENTO
    POLICE DEPARTMENT, KATHERINE
    LESTER, and MATTHEW STERLING

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER**
*Estate of Koya v. City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:25-cv-01240-CSK

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED.

1.     The parties' settlement conference is CONTINUED to July 24, 2026, at 10:00 a.m.

2.     Plaintiffs shall submit a written settlement demand to Defendants by July 10, 2026.

3.     The parties shall submit written mediation statements by July 13, 2026.

4.     Defendants shall submit a written response to Plaintiffs' settlement demand by July 17, 2026.

IT IS SO ORDERED.

Dated:  July 6, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3