# UNITED STATES DISTRICT COURT

**Eastern** **District of** **of California**

**Estate of Nyota Koya, et al.**
Plaintiff (s),

V.

**City of Sacramento, et al.**

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:25-cv-01240-CSK

Notice is hereby given that, subject to approval by the court, **SEE PAGE 2 FOR PARTY (S)** (Party (s) Name) substitutes **MITCHELL DAVID DEAN** (Name of New Attorney), State Bar No. **128926** as counsel of record in place of **SEAN D. RICHMOND** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: **DEAN GAZZO ROISTACHER, LLP**

Address: **440 Stevens Avenue, Suite 100, Solana Beach, CA 92075-2027**

Telephone: **(858) 264-4956** Facsimile **(858) 492-0486**

E-Mail (Optional): **mdean@deangazzo.com**

I consent to the above substitution.

Date: ______________________

**SEE PAGE 2 FOR PARTY (S)**
(Signature of Party (s))

I consent to being substituted.

Date: July 7, 2026

**/s/ SEAN D. RICHMOND**
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: July 7, 2026

**/s/ MITCHELL DAVID DEAN**
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 20, 2026

Chi Soo Kim
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

I consent to the above substitution.

Date: July 7, 2026

/s/ **NATALIE DEMPSEY**

for City of Sacramento & Sacramento Police Department

(Signature of Party (s))

I consent to the above substitution.

Date: July 7, 2026

**/s/ KATHERINE LESTER**

(Signature of Party (s))

I consent to the above substitution.

Date: July 7, 2026

**/s/ MATTHEW STERLING**

(Signature of Party (s))

I consent to the above substitution.